**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CORNEJO AND GLADYS CERVANTES,<br><br>        Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING INC., etc., et al.<br>        Defendants. | Case No. EDCV 09-212-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:   April 29, 2009           _____
                                                   VIRGINIA A. PHILLIPS
                                          United States District Judge